IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITY OF DALLAS; <br> CITY OF ABILENE; <br> CITY OF ALLEN; <br> CITY OF AMARILLO; <br> CITY OF ARLINGTON; <br> CITY OF AUSTIN; <br> CITY OF BEAUMONT; <br> CITY OF CARROLLTON; <br> CITY OF DENTON; <br> CITY OF FORT WORTH; <br> CITY OF FRISCO; <br> CITY OF GARLAND; <br> CITY OF GRAND PRAIRIE; <br> CITY OF HOUSTON; <br> CITY OF IRVING; <br> CITY OF LEWISVILLE; <br> CITY OF McKINNEY; <br> CITY OF MESQUITE; <br> CITY OF NACOGDOCHES; <br> CITY OF PEARLAND; <br> CITY OF PLANO; <br> CITY OF ROWLETT; <br> CITY OF SUGAR LAND; <br> CITY OF TYLER; and <br> CITY OF WACO, <br><br> *Plaintiffs,* <br><br> v. <br><br> DISNEY DTC, LLC; <br> HULU, LLC; and <br> NETFLIX, INC., <br><br> *Defendants*. | CASE NO. 3:22-cv-02071-L |

**UNOPPOSED MOTION FOR THE WITHDRAWAL OF
DAVID AUSTIN R. NIMOCKS ON BEHALF OF ALL PLAINTIFFS**

1

David Austin R. Nimocks, counsel for Plaintiffs in the above styled and numbered cause, hereby files this Unopposed Motion to Withdraw as Counsel for Plaintiffs and respectfully requests that he be permitted to withdraw as counsel of record for Plaintiffs.

Plaintiffs will continue to be represented by Steven D. Wolens, Steven M. Berezney, Garrett R. Broshuis, Christopher L. Peele, and each Plaintiff's city attorney (or assistant city attorney) that has entered an appearance on this matter.

Granting this motion will cause no prejudice to any party, or delay in this matter.

RESPECTFULLY SUBMITTED this the 13th day of December, 2022,

/s/ David Austin R. Nimocks
David Austin R. Nimocks
Texas Bar No. 24002695
Ashcroft Law Firm
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Facsimile: (512) 727-8200
Email: animocks@ashcroftlawfirm.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that on or about December 13, 2022, 2022, I conferred with counsel for Defendants and none are opposed.

/s/ David Austin R. Nimocks
David Austin R. Nimocks

**CERTIFICATE OF SERVICE**

In accordance with Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ David Austin R. Nimocks
David Austin R. Nimocks