IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITY OF DALLAS;<br>CITY OF ABILENE;<br>CITY OF ALLEN;<br>CITY OF AMARILLO;<br>CITY OF ARLINGTON;<br>CITY OF AUSTIN;<br>CITY OF BEAUMONT;<br>CITY OF CARROLLTON;<br>CITY OF DENTON;<br>CITY OF FORT WORTH;<br>CITY OF FRISCO;<br>CITY OF GARLAND;<br>CITY OF GRAND PRAIRIE;<br>CITY OF HOUSTON;<br>CITY OF IRVING;<br>CITY OF LEWISVILLE;<br>CITY OF McKINNEY;<br>CITY OF MESQUITE;<br>CITY OF NACOGDOCHES;<br>CITY OF PEARLAND;<br>CITY OF PLANO;<br>CITY OF ROWLETT;<br>CITY OF SUGAR LAND;<br>CITY OF TYLER; and<br>CITY OF WACO,<br><br>      *Plaintiffs,*<br><br>v.<br><br>DISNEY DTC, LLC;<br>HULU, LLC; and<br>NETFLIX, INC.,<br><br>      *Defendants.* | CASE NO. 3:22-cv-02071-L |

**ORDER GRANTING UNOPPOSED MOTION FOR THE WITHDRAWAL OF
DAVID AUSTIN R. NIMOCKS ON BEHALF OF ALL PLAINTIFFS**

1

CAME ON THIS DAY for consideration David Austin R. Nimocks, counsel for Plaintiffs, and his Unopposed Motion for Withdrawal of Counsel. The Court, having reviewed the Motion, finds that the Motion should be, and hereby is, GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that David Austin R. Nimocks be withdrawn as an attorneys of record for Plaintiffs.

It is further ORDERED, ADJUDGED, and DECREED that electronic notices sent in this case to David Austin R. Nimocks shall terminate effective the date of this Order.

SO ORDERED AND ADJUDGED this the _____ day of December, 2022.

_____
United States District Judge